# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ROBERT ARLET,

              Petitioner

          v.

WORKERS' COMPENSATION APPEAL BOARD (COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF LABOR AND INDUSTRY, BUREAU OF WORKERS' COMPENSATION),

              Respondents

:  No. 262 WAL 2020
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of May, 2021, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

> Did the Commonwealth Court of Pennsylvania err as a matter of law in its July 29, 2020 Opinion and Order when it affirmed the W[orkers' Compensation Appeal Board]'s finding that Acadia [Insurance Company] did not have a right of subrogation for benefits paid to [Petitioner] under a Jones Act[1] policy of insurance, despite the Commonwealth Court's initial holding in this case that [Petitioner] was not a seaman and/or crew member entitled to the benefits which Acadia should not have paid him?

---

[1] Section 33 of the Merchant Marine Act of 1920, 46 U.S.C. § 688.